USA 153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the                           DISTRICT OF          MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NUMBER:

EMEKA NWAOG,                                          12-CR-10046-RWZ

A/K/A HARRY MORGAN, Defendant

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Emeka Nwaog, defendant, have been informed that an ( information, ) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of Arizona in which I, Emeka Nwaog, am held) and to waive trial in the above captioned District.

Dated:                    20       at

Emeka Nwaog
(Defendant)

Chevey Roberto    C. R.
(Witness)

Nathan Fitzpatrick
(Counsel for Defendant)

Stephen P Heymann
(Assistant United States Attorney)

Approved

Ann Birmingham Scheel                    Carmen M Ortiz
United States Attorney for the           United States Attorney for the
_____ District of                _____ District of
Arizona                                  Massachusetts